FRAILING, ROCKWELL, KELLY & DUARTE
By: Sharon E. Kelly
State Bar No. 187936
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA GALVAN, | CIVIL NO. 1:08-cv-01271-TAG |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's confidential letter brief on respondent be extended from February 27, 2009 to March 13, 2009.

///
///
///
///
///
///

This is plaintiff's first request for an extension of time. Plaintiff needs additional time to further review the file and prepare the letter brief.

                                    Respectfully submitted,

Dated: February 27, 2009      By */s/ Sharon E. Kelly*
                                    Sharon E. Kelly
                                    Attorney for Plaintiff

Dated: February 27, 2009      Lawrence W. Brown
                                    Acting United States Attorney

                                    By */s/ Theophous Reagans*
                                    (As authorized by facsimile)
                                    Theophous Reagans
                                    Special Assistant U.S. Attorney

**ORDER**

The Court has read and considered the foregoing stipulation, including the reasons stated by Plaintiff for the requested extension. In light of that reason as well as the further facts that (1) this complaint was filed on August 25, 2008 (Doc. 1) and these proceedings have progressed  in an ordered and timely fashion since that date (*see* Docket sheet); (2) that the administrative record was lodged in this action on January 28, 2009 (Doc. 12);(3) that Plaintiff/Appellant's confidential letter brief required to be served on Defendant/Respondent by this Court's Scheduling Order (Doc. 6 at p. 2) would otherwise have been due on the date this request for

extension of time was signed; and(4)that Plaintiff/Appellant is requesting a relatively short period of time (i.e., two weeks) to allow preparation of the confidential brief, this Court finds that ***good cause exists*** to grant the requested extension of time. Accordingly, Plaintiff shall have to and including March 13, 2009 to file her confidential letter brief on Defendant.

IT IS SO ORDERED.

Dated:  **March 5, 2009**                                        **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE