1  FRAILING, ROCKWELL, KELLY & DUARTE
   By: Sharon E. Kelly
2  State Bar No. 187936
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA GALVAN, | NO. 1:08-CV-01271-BAK GSA |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to file and serve plaintiff's opening brief with the court and on respondent be extended from May 17, 2009 to May 31, 2009.

///
///
///
///
///
///

1 | This is plaintiff's second request for an extension of time. Plaintiff's attorney has an illness in the family and needs additional time to further review the file and prepare the opening brief.

Respectfully submitted,

Dated: May 15, 2009   By */s/ Sharon E. Kelly*
                     Sharon E. Kelly
                     Attorney for Plaintiff


Dated: May 15, 2009   Lawrence W. Brown
                     Acting United States Attorney

                     By */s/ Theophous Reagans*
                     (As authorized via telephone)
                     Theophous Reagans
                     Special Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  **May 18, 2009**           **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE